**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :
:
        - v. -                  :     INFORMATION
:
MICHELLE GLUCK,                 :     07 Cr. ___
:
        Defendant.              :     **07CRIM 493**
:
:
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about July 1998, up to and including in or about December 2004, in the Southern District of New York and elsewhere, MICHELLE GLUCK, the defendant, unlawfully, willfully and knowingly, executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, the defendant, MICHELLE GLUCK, forged the signatures of authorized signers on checks belonging to her former employer and drawn on Fleet Bank, fraudulently made such checks payable to herself, and thereafter, fraudulently deposited such checks, totaling approximately

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUN 01 2007

$424,000, into her own bank account at JP Morgan Chase Bank and its predecessor banks.

(Title 18, United States Code, Sections 1344 and 2.)

*[signature]*
MICHAEL J. GARCIA  MAA  By MA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

MICHELLE GLUCK,

        Defendant.

**INFORMATION**

07 Cr. _____

(Title 18, United States Code, Section 1344)

                MICHAEL J. GARCIA
              United States Attorney